IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

LATORIS DEWAYNE COLLINS,       )
                               )
            Petitioner,        )
                               )
vs.                            )       No. CIV-16-951-W
                               )
CARL BEAR, Warden,             )
                               )
            Respondent.        )

## ORDER

On August 22, 2016, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this matter and, having determined that petitioner Latoris DeWayne Collins had sufficient funds in his inmate accounts to prepay the filing fee of $5.00, he recommended that the Court deny Collins' request to proceed in forma pauperis. See Doc. 5. Magistrate Judge Erwin further recommended that the Court order Collins to pay the filing fee in full by a date certain so that this action may proceed. See id.

While Collins had the right to object to the Report and Recommendation, see id., he has not done so; he has instead paid the filing fee in full. See Doc. 6.

Because the Court concurs with Magistrate Judge Erwin's finding that Collins does not qualify to litigate this matter without prepayment of the filing fee, the Court

(1) ADOPTS the Report and Recommendation [Doc. 5] filed on August 22, 2016;

(2) DENIES Collins' Application for Leave to Proceed in Forma Pauperis [Doc. 2] file-stamped August 19, 2016; and

(3) RE-REFERS this matter to Magistrate Judge Erwin for further proceedings.

ENTERED this _8th_ day of September, 2016.

LEE R. WEST
UNITED STATES DISTRICT JUDGE